# LAW
## LERNER · ARNOLD · WINSTON

**MEMO ENDORSED**

July 14, 2020

VIA ECF
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    *Ramapo Local Dev't Corp. v. Philadelphia Indemnity Insurance Company*
            Case No. 7:19-cv-02502

            *St. Lawrence v. Philadelphia Indemnity Insurance Company*
            Case No. 7:19-cv-01978

Dear Judge Karas:

    Our firm represents Plaintiff, Ramapo Local Development Corp. ("RLDC"), in the above-captioned matter pending under Civil Action No. 7:19-cv-02502. We are writing jointly with counsel for Plaintiff, Christopher St. Lawrence, in the above-referenced related action, pending under Civil Action No. 7:19-cv-01978, and counsel for Philadelphia Indemnity Insurance Company ("PIIC"), the defendant in both actions, to respectfully request that Your Honor extend the discovery deadlines in these matters. The parties are making this request, in part, because we believe it will be more efficient to conduct discovery in these actions jointly due to the overlap of issues and witnesses relevant to both actions. This is the second joint request for an extension submitted by the parties in the RLDC action. Your Honor granted our first request. This is the first joint request for an extension by the parties in both actions.

    On April 10, 2020, Plaintiff filed a letter motion seeking an extension of the discovery deadlines in this matter due to the COVID-19 pandemic. As we explained in that letter, many of the officers and employees of Plaintiff, Ramapo Local Development Corp., who are necessary to assist in the prosecution of this action are also Town of Ramapo employees, who are responsible for dealing with the public health crises brought about by the COVID-19 pandemic. On April 14th, Your Honor granted our request and extended the end date for fact discovery to July 15, 2020 and for expert discovery to September 15, 2020.

    Although we had hoped that the COVID-19 situation would abate in order to allow the Town of Ramapo employees to turn their focus to this litigation, that has not sufficiently been the case and the Town employees have continued to be consumed with responding to the health crisis and ancillary governance matters. Accordingly, we are requesting a further extension of time to complete fact discovery until December 15, 2020.

LERNER, ARNOLD & WINSTON, LLP

475 PARK AVENUE SOUTH · 28TH FLOOR · NEW YORK · NY · 10016 · PHONE: (212) 686-4655 · FAX: (212) 532-3301
WWW.LAWPARTNERSLLP.COM



Hon. Kenneth M. Karas, U.S.D.J.
July 14, 2020
Page -2-

All parties are joining in the request to extend fact discovery until December 15th because it will be more efficient to conduct discovery jointly, as both actions concern the same nexus of facts and, therefore, require much of the same written discovery and fact witnesses. Placing both actions on the same discovery schedule should expedite these matters and avoid unnecessary duplication of depositions.

We further respectfully request that the deadline for expert discovery be correspondingly extended until February 15, 2021 and that the conference before Your Honor presently scheduled for October 7, 2020, be adjourned to a date selected by the Court following the conclusion of fact discovery.

We thank the Court for its attention to this matter.

The revised discovery schedule is approved, but there will be no further extensions. The case management conference is adjourned to 1/14/21 at 10:30 am.

So Ordered.

7/15/20

Respectfully submitted,

LERNER, ARNOLD & WINSTON, LLP

_/s/ Sean F. McAloon_
Sean F. McAloon

cc: Via ECF and E-Mail
pkennell@kdvlaw.com
Kaufman Dolowich & Voluck, LLP

mburke@hwb-lawfirm.com
Hodges, Walsh & Burke, LLP