

**MEMO ENDORSED**

January 8, 2020

VIA ECF
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re:  *Ramapo Local Dev't Corp. v. Philadelphia Indemnity Insurance Company*
     Case No. 7:19-cv-02502

     *St. Lawrence v. Philadelphia Indemnity Insurance Company*
     Case No. 7:19-cv-01978

Dear Judge Karas:

        Our firm represents Plaintiff, Ramapo Local Development Corp. ("RLDC"), in the above-captioned matter.  We are writing respectfully to request that the Court adjourn the status conference scheduled for January 14, 2021, in light of the Court's recent Order granting the parties request for a 60-day extension to complete discovery and attend a mediation. As Your Honor has extended the parties time to complete discovery until March 1, 2021, we request that the Court adjourn the status conference to a date thereafter that is convenient for the Court.

        We thank the Court for its attention to this matter. Please do not hesitate to contact the undersigned if the Court requires anything further in connection with this request.

*Granted. The Court will hold a tele conference on 3/17/2021 at 11:00 AM*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

*1/8/2021*

Respectfully submitted,

LERNER, ARNOLD & WINSTON, LLP

_____/s/ Sean F. McAloon_____
Sean F. McAloon

**LERNER, ARNOLD & WINSTON, LLP**
475 PARK AVENUE SOUTH • 28TH FLOOR • NEW YORK • NY • 10016 • PHONE: (212) 686-4655 • FAX: (212) 532-3301
WWW.LAWPARTNERSLLP.COM

# LAW
## LERNER · ARNOLD · WINSTON

cc:     Via ECF and E-Mail

dgrassmick@copeehlers.com
Cope Ehlers, PC

pkennell@kdvlaw.com
Kaufman Dolowich & Voluck, LLP

mburke@hwb-lawfirm.com
Hodges, Walsh & Burke, LLP